UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FROWICK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA,<br><br>    Defendant. | Case No. 4:18-cv-06661-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 24 |

On May 28, 2019, Plaintiffs filed a notice of settlement. Accordingly, Plaintiffs shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: May 30, 2019

                                           *Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge